UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES

VS                                                         2:18-CR-1738

MOAYAD HEIDER MOHAMMAD

ALDAIRI

ADVISORY TO THE COURT

NOW COMES Moayad Heider Mohammad Aldairi, Defendant in the above Styled and numbered cause of action, and by his attorney of record Ronald P. Guyer and would show the court as follows:

1. Mr. Aldairi case was called on the January 8th 2019 docket. Through his counsel Mr.Mohammad Aldairi advised the court he will be entering a plea of guilty the court set the re-arraignment date for February 27th 2019.

2. Mr Mohammad Aldairi does not wish to enter a plea of guilty and request the court to return him to the March docket call so he can announce for trial.

Respectfully submitted,

/S/
RONALD P. GUYER
State Bar No. 08649500
P.O. Box 830846
San Antonio, Texas 78283
Tel: 210.414.9609
Fax: 210.226.0331
e-mail: rpguyer@airmail.net

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Continuance has been delivered electronically to the Office of the United States Attorney, Del Rio Division, Western District of Texas, on this, the 22th day of Februray 2019.

/S/
RONALD P. GUYER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES

VS                                              2:18-CR-1738

MOAYAD HEIDER MOHAMMAD

ORDER

On this day, came on to be considered the Advisory of the Court filed by Defendant Moayad Heider Mohammad Aldairi. Following due consideration, the Court orders that this case be set on the March Docket call.

So ordered, this_____day of Februray 2019,

United States District Judge