# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Moayad Heider Mohammad Aldairi<br>*Defendant* | Case No. 2:18-cr-01738(1)-AM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 10/18/2019

*Attorney's signature*

Erin Cox - IL Bar No. 6308801
*Printed name and bar number*
1301 New York Ave., NW
Suite 300
Washington, DC 20530

*Address*

erin.cox@usdoj.gov
*E-mail address*

(202) 598-2771
*Telephone number*

*FAX number*