UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
OCT 2 9 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO. DR-18-CR-1738-AM |
| ) | |
| MOAYAD HEIDER MOHAMMAD ) | |
| ALDAIRI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF MONEY JUDGMENT

Pending before the Court is the United States of America's Motion for Entry of Money Judgment (ECF No. 104), pursuant to Fed. R. Crim. P. 32.2(b)(1) & (2) and Title 21 U.S.C. § 853(p). This Court being fully and wholly apprised in all its premises, finds that the United States has proven by a preponderance of the evidence that the money judgment described below represents proceeds obtained by Defendant MOAYAD HEIDER MOHAMMAD ALDAIRI from violations of Title 8 U.S.C. § 1324, by virtue of the Defendant's Guilty Plea and Conduct Offense detailed in the Presentence Investigation Report.  Said Motion is meritorious and should be, and hereby is, in all things GRANTED.

IT IS THEREFORE, **ORDERED** that any and all right, title, and interest of Defendant MOAYAD HEIDER MOHAMMAD ALDAIRI in the following:

> **Money Judgment**: A sum of money equal to **Five Thousand Five Hundred Dollars ($5,500.00)** which represents the value of the proceeds obtained from the violations set forth above for which the Defendant is liable,

hereinafter referred to as the Subject Money Judgment be, and hereby is FORFEITED to the United States of America.

IT IS FURTHER **ORDERED** that the United States of America shall, at its option, be

entitled to the forfeiture of any other property (substitute assets) owned by the equivalent to the value of the Subject Money Judgment and that this Court shall retain jurisdiction of this matter to settle any disputes arising from application of this clause.

IT IS FURTHER **ORDERED** that at the time of the sentencing of the Defendant the forfeiture of the Subject Money Judgment shall be included in his Judgment in a Criminal Case.

SIGNED this 24th day of October, 2019.

ALIA MOSES
UNITED STATES DISTRICT JUDGE

2